IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Coleman, Regina | Case Number: 03 B 51719 |
| | Judge: Wedoff, Eugene R |
| Printed: 02/24/09 | Filed: 12/29/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 28, 2009
Confirmed: February 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,134.18 | |
| Secured: | | 21,010.27 |
| Unsecured: | | 633.99 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,437.98 |
| Other Funds: | | 351.94 |
| Totals: | 26,134.18 | 26,134.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Monterey Financial Services | Secured | 1,106.57 | 1,106.57 |
| 3. | Chrysler Financial Services Americas LLC | Secured | 19,903.70 | 19,903.70 |
| 4. | ECast Settlement Corp | Unsecured | 131.34 | 131.34 |
| 5. | T Mobile USA | Unsecured | 11.99 | 11.99 |
| 6. | Monterey Financial Services | Unsecured | 23.50 | 23.50 |
| 7. | RJM Acquisitions LLC | Unsecured | 10.01 | 10.01 |
| 8. | Illinois Dept Of Public Aid | Unsecured | 286.25 | 286.25 |
| 9. | ECast Settlement Corp | Unsecured | 52.98 | 52.98 |
| 10. | Capital One | Unsecured | 58.18 | 58.18 |
| 11. | Capital One | Unsecured | 59.74 | 59.74 |
| 12. | Cingular Wireless | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | MCI | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| | | | $ 24,344.26 | $ 24,344.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Coleman, Regina

Printed: 02/24/09

Case Number: 03 B 51719
Judge: Wedoff, Eugene R
Filed: 12/29/03

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 108.20 |
| 4% | 60.33 |
| 6.5% | 193.25 |
| 3% | 34.23 |
| 5.5% | 187.39 |
| 5% | 56.79 |
| 4.8% | 114.31 |
| 5.4% | 682.63 |
| 6.6% | 0.85 |
| | $ 1,437.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*